**No. 19779.**

Court of Criminal Appeals of Texas.

March 30, 1938.

Robert P. Brown, of San Angelo, for appellant.

**Lanham BROWN, Appellant, v. STATE, Appellee.**

**No. 19547.**

Court of Criminal Appeals of Texas.

March 3, 1938.

M. E. Lawrence, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary; punishment being two years in the penitentiary.

Appellant has filed his affidavit apprising this court of the fact that he does not desire to further prosecute his appeal, and upon his request the appeal is dismissed.